

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | | |
| v. | Case No. | |
| | | |
| ELISEO MORALES-TAPIA a/k/a "Victorino Saavedr-Martinez" | **4-26 CR- 099 -P** | |

INDICTMENT

The Grand Jury Charges:

Introduction

1.    Defendant **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez,** is a national of Mexico with no legal status in the United States. Between around 2000 and 2008, **Morales-Tapia** used the identity Victorino Saavedr-Martinez and resided in Texas.

2.    Beginning in around 2008, **Morales-Tapia** took on the identity of an American citizen, herein referred to as "Individual A," without Individual A's permission. **Morales-Tapia** continued to live in Texas.

3.    Using Individual A's identity, **Morales-Tapia** obtained employment in Texas. **Morales-Tapia** earned over $60,000 in income annually in each of 2023, 2024, and 2025 using Individual A's identity.

4.    **Morales-Tapia** also obtained tax refunds to which Individual A was entitled.

Indictment—Page 1

5.     On April 4, 2014, **Morales-Tapias**, claiming to be Individual A and using Individual A's social security number and date of birth, registered to vote when he applied for a Texas driver license, by checking the boxes indicating he was a United States citizen and that, as a United States citizen, he wanted to register to vote.

6.     On or about November 5, 2024, **Morales-Tapia**, using the identity of Individual A, voted in the general and special elections held in Tarrant County.  The 2024 general election included an election for the offices of President and Vice President of the United States.

7.     On or about October 3, 2025, **Morales-Tapias**, claiming to be Individual A and using Individual A's social security number and date of birth, registered to vote again when applying for a Texas driver license.  He again checked the boxes indicating he was a United States citizen and that, as a United States citizen, he wanted to register to vote.

8.     On or about November 30, 2015, **Morales-Tapias**, claiming to be Individual A and using Individual A's social security number and date of birth, submitted an Application for a U.S. Passport using a form DS-11 to the U.S. Department of State. **Morales-Tapia** affirmed under penalty of perjury that (1) he was a citizen or non-citizen national of the United States, (2) the statements made in the application were true and correct, (3) that he did not knowingly or willfully make false statements or include false documents in support of the application, and (4) that he had read the warning stating that it is a criminal offense to include knowingly and willfully false statements in support of the application.

9.     On January 25, 2025, **Morales-Tapia**, claiming to be Individual A and using Individual A's social security number and date of birth, submitted a U.S. Passport Renewal Application using form DS-82 to the U.S. Department of State. **Morales-Tapia** again affirmed under penalty of perjury that (1) he was a citizen or non-citizen national of the United States, (2) the statements made in the application were true and correct, (3) that he did not knowingly or willfully make false statements or include false documents in support of the application, and (4) that he had read the warning stating that it is a criminal offense to include knowingly and willfully false statements in support of the application.

10.    Paragraphs 1 through 9 are incorporated in each Count of this Indictment.

*[Remainder of page intentionally left blank]*

Indictment—Page 3

## Count One
### False Statement in Application and Use of Passport
[Violation of 18 U.S.C. § 1542]

On or about January 25, 2025, within the Fort Worth Division of the Northern District of Texas, the defendant, **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the law regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his name was that of Individual A, which statement **Morales-Tapia** knew to be false.

In violation of 18 U.S.C. § 1542.

<u>Count Two</u>
Aggravated Identity Theft
[Violation of 18 U.S.C. § 1028A]

On or about January 25, 2025, within the Fort Worth Division of the Northern District of Texas, the defendant, **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez**, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)—that is, False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542—did knowingly transfer, possess, and use without lawful authority a means of identification of another person, knowing that the means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A.

Indictment—Page 5

## Count Three
## Voting by an Alien in a Federal Election
[Violation of 18 U.S.C. § 611]

On or about November 5, 2024, within the Fort Worth Division of the Northern District of Texas, the defendant, **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, or Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

<u>Count Four</u>
False Statements of Citizenship in Order to Register to Vote
[(Violation of 18 U.S.C. § 1015(f)]

On or about October 3, 2025, within the Fort Worth Division of the Northern District of Texas, the defendant, **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez**, an alien, knowing that he was not a United States citizen, knowingly made a false statement or claim that he was a citizen of the United States in order to register to vote in a Federal, State, or Local election.

In violation of 18 U.S.C. § 1015(f).

Indictment—Page 7

<u>Count Five</u>
Identity Theft
[Violation of 18 U.S.C. § 1028(a)(7) and (b)(1)(D)]

Beginning in 2008 and continuing until March 25, 2026, within the Northern District of Texas, the defendant, **Eliseo Morales-Tapia, also known as Victorino Saavedr-Martinez**, did knowingly transfer, possess, and use without lawful authority a means of identification of another person, to wit: name, date of birth, and social security number belonging to Individual A, knowing that the means of identification belong to an actual person, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a felony under state law, namely identity theft, Texas Penal Code § 32.51, in and affecting interstate commerce, and as a result of the offense, the defendant obtained anything of value aggregating $1,000 or more during a one-year period.

In violation of 18 U.S.C. § 1028(a)(7) and (b)(1)(D).

A TRUE BILL.

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Email: matthew.capoccia@usdoj.gov

Indictment—Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

ELISEO MORALES-TAPIA (01)
a/k/a "Victorino Saavedr-Martinez"

---

INDICTMENT

18 U.S.C. § 1542
False Statement in Application and Use of Passport
Count 1

18 U.S.C. § 1028A
Aggravated Identity Theft
Count 2

18 U.S.C. § 611
Voting by an Alien in a Federal Election
Count 3

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Register to Vote
Count 4

18 U.S.C. § 1028(a)(7) and (b)(1)(D)
Identity Theft
Count 5

A true bill rendered

FORT WORTH _____ ~~~~~~~~ FOREPERSON

Filed in open court this 8th day of April 2026.

**Defendant in Federal Custody**

_____
UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter—4:26-MJ-00210